E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ELIZABETH LANDGRAF, CSBN 313184
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (510) 970-4828
Fax: (415) 744-0134
E-mail: Elizabeth.Landgraf@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYESHA MARIE YOUNG,<br><br>            Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br><br>Acting Commissioner of Social Security,<br><br>            Defendant. | No. 5:22-cv-01877-JFW-SK<br><br>JUDGMENT OF REMAND |

1     The Court having approved the parties' Stipulation to Voluntary Remand
2 Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3 ("Stipulation to Remand") lodged concurrently with the lodging of the within
4 Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED, AND
5 DECREED that the above-captioned action is remanded to the Acting
6 Commissioner of Social Security for further proceedings consistent with the
7 Stipulation to Remand.

9 DATED: May 15, 2023

                           HONORABLE STEVE KIM
                           UNITED STATES MAGISTRATE JUDGE